UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                                RE:    Blair Allen Lindsay
                                                         Docket Number:   2:00CR00232-03
                                                         PERMISSION TO TRAVEL
                                                         __OUTSIDE THE COUNTRY__

Your Honor:

The releasee is requesting permission to travel to Kauai, Hawaii. Mr. Lindsay is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 7, 2001, Mr. Lindsey was sentenced for the offense(s) of Conspiracy to Import Methylenedioxymethamphetamine.

**Sentence imposed:** 54 months custody BOP; 36 months TSR; $100 Special Assessment; $5000 Fine.

**Dates and Mode of Travel:** 03/27/06 to 03/31/06, Traveling via Airline (pending arrangements).

**Purpose:** Releasee's wife received a company paid trip to Kauai, Hawaii. This is a performance-based award, which includes all accommodations for the recipient and their spouse. The releasee is current with all financial payments and has been cooperative with the Probation Officer.

**RE:**    Blair Allen Lindsay
       Docket Number:   2:00CR00232-03
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>


Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
**Sr. United States Probation Officer**


**DATED:**    February 1, 2006
       Sacramento, California
       MAS/jc


**REVIEWED BY:**       /s/ Lori V. Clanton
       **for**   **RICHARD A. ERTOLA**
           **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved X

Date:  February 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Rev. 03/2005
TRAVELOC.MRG